173 So. 921

**Goat LINTON v. STATE.**

**4 Div. 327.**

Court of Appeals of Alabama.
April 6, 1937.

SAMFORD, Judge.
Affirmed.

165 So. 919

**Clyde LITTLE v. STATE.**

**7 Div. 180.**

Court of Appeals of Alabama.
Jan. 21, 1936.

C. A. Wolfes, of Fort Payne, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Reversed and remanded.

165 So. 919

**R. H. LONG v. STATE.**

**7 Div. 196.**

Court of Appeals of Alabama.
Jan. 21, 1936.

SAMFORD, Judge.
Appeal dismissed.

174 So. 902

**LOUISVILLE & N. R. CO. v. George L. LINER.**

**6 Div. 50.**

Court of Appeals of Alabama.
April 22, 1937.

White E. Gibson, of Birmingham, and Chas. H. Eyster, of Decatur, for appellant.

J. L. Drennen and K. C. Edwards, both of Birmingham, for appellee.

PER CURIAM.
Appeal dismissed for want of prosecution.

165 So. 919

**Everett LOVE v. STATE.**

**8 Div. 278.**

Court of Appeals of Alabama.
Feb. 18, 1936.

Lanier, Price & Shaver, of Huntsville, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

RICE, Judge.
Reversed and remanded.

165 So. 920

**Ruff LOWE v. STATE.**

**8 Div. 281.**

Court of Appeals of Alabama.
Feb. 4, 1936.

RICE, Judge.
Affirmed.

167 So. 921

**Pat LUCAS v. STATE.**

**5 Div. 991.**

Court of Appeals of Alabama.
April 21, 1936.

SAMFORD, Judge.
Appeal dismissed.